B1 (Official Form 1) (4/10)

## United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **MTB Bridgeport-NY Operating LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Television Station WSAH (DTV Channel 42)** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-5920459** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **11077 Swansfield Road Columbia, MD 21044-2724**  ZIP CODE **21044-2724** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: **Howard** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **7 Wakeley Street 1st Floor - Right Side Seymour, CT 06483**      **80 Great Hill Road Seymour, CT 06483**

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [X] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Debts

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [X] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MTB Bridgeport-NY Operating LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)     (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MTB Bridgeport-NY Operating LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney\***<br>X _____<br>Signature of Attorney for Debtor(s)<br>**William E. Chipman, Jr. 3818**<br>Printed Name of Attorney for Debtor(s)<br>**Landis Rath & Cobb LLP**<br>Firm Name<br>**919 Market Street**<br>**Suite 1800**<br>**Wilmington, DE 19801**<br>Address<br><br>**(302) 467-4400 Fax:(302) 467-4450**<br>Telephone Number<br>**August 26, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br>**Lee W. Shubert, LC**<br>Printed Name of Authorized Individual<br>**Managing Member - Trustee**<br>Title of Authorized Individual<br>**August 26, 2011**<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# MTB BRIDGEPORT-NY-OPERATING LLC

## ACTION BY WRITTEN CONSENT
## OF THE MEMBER

August 26, 2011

In accordance with Section 18-404(c) of the Limited Liability Company Act of the State of Delaware and the Limited Liability Company Agreement of MTB Bridgeport NY-Operating LLC, a Delaware limited liability company (the "Company"), the undersigned, constituting the sole member of the Company (the "Member"), hereby adopts the following resolutions by written consent:

**WHEREAS**, the Member has considered the financial and operational conditions of the Company's business;

**WHEREAS**, the Member has reviewed, considered and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THERFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to him and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Member has determined in his business judgment that it is in the best interest of the Company, its creditors, members, and other interested parties and stakeholders that a voluntary petition be filed by the Company under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition"); and it is

**RESOLVED FURTHER,** that the Member of the Company and any other officer or person designated and so authorized to act (each, an "Authorized Person") are, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to execute, verify and file all documents necessary or appropriate in connection with the filing of the Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings and other papers in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 11 case (the "Bankruptcy Case"); (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or

appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions as adopted herein; and it is

**RESOLVED FURTHER,** that the Authorized Persons are, and each of them is, authorized and empowered to obtain post-petition financing according to the terms which may be negotiated by the management of the Company, including debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on the Company's assets as may be contemplated and required under the terms of such post-petition financing or cash collateral agreement or order; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is

**RESOLVED FURTHER,** that the Authorized Persons are, and each of them is, authorized and empowered to take all reasonable and necessary steps to market and sell all or part of the assets of the Company according to the terms which may be negotiated by the management of the Company; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute an appropriate asset purchase agreement and related ancillary documents; and it is

**RESOLVED FURTHER,** that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Landis Rath & Cobb LLP as counsel to assist the Company in filing for relief under Chapter 11 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 11 of the Bankruptcy Code, and the Authorized Persons are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the Bankruptcy Case, and to cause to be filed an application for authority to retain the services of Landis Rath & Cobb LLP as the Company's counsel; and it is

**RESOLVED FURTHER,** that the Authorized Persons are, and each of them hereby is, authorized and directed to retain Kalil & Co., Inc. ("Kalil") to market and sell all of the assets of the Company, and the Authorized Persons are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the Bankruptcy Case, and to cause to be filed an application for authority to retain the services of Kalil as the Company's brokerage agent; and it is

**RESOLVED FURTHER,** that any Authorized Person and such persons as the Authorized Persons shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such persons be, and each hereby is, authorized, empowered, and directed in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or

regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any Authorized Person shall be or become necessary, proper, and desirable to effectuate the successful prosecution of the Bankruptcy Case; and it is

**RESOLVED FURTHER,** that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Case, any debtor-in-possession financing, or any further action to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code, or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified and confirmed in all respects as the acts and deeds of the Company; and it is

**RESOLVED FURTHER,** that the acts, actions and transactions heretofore taken by the Officers of the Company or the Member of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be and hereby are, ratified, confirmed, and approved in all respects.

This action by written consent shall be filed with the minutes of the proceedings of the Member and shall be effective as of the day and date first above written.

_____
Lee W. Shubert, LC
Managing Member - Trustee

{895.001-W0015674.2}                        3

# United States Bankruptcy Court
## District of Delaware

In re  **MTB Bridgeport-NY Operating LLC**
_____,
Debtor

Case No. _____

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Multicultural Capital Trust**<br>**7 Wakeley Street**<br>**1st Floor - Right Side**<br>**Seymour, CT 06483** | | | Equity |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member - Trustee of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __**August 26, 2011**__    Signature _____
                                Lee W. Shubert, LC
                                Managing Member - Trustee

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MTB BRIDGEPORT NY-OPERATING LLC, | Case No. 11-_____ (___) |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULE 1007(a)(1) OF THE FEDERAL RULES OF BANKUPTCY PROCEDURE

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, MTB Bridgeport NY-Operating LLC (the "Debtor"), as debtor in this chapter 11 case, hereby represents that Multicultural Capital Trust directly owns 100% of the Debtor's equity interests.

Dated: August 26, 2011

Respectfully submitted,

MTB BRIDGEPORT NY-OPERATING LLC,

By: _____
Lee W. Shubert, LC
Managing Member- Trustee

{895.001-W0015675.}

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   MTB Bridgeport-NY Operating LLC  
                                Debtor(s)

Case No.  
Chapter   11

# CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bernard National Loan Investors Ltd. and Fortress Value Recovery Fund I LLC 1345 Avenue of the Americas, 46th Floor New York, NY 10105 | Peter Leibman Bernard National Loan Investors Ltd. and Fortress Value Recovery Fund I LLC 1345 Avenue of the Americas, 46th Floor New York, NY 10105 (212) 515-7711 | Lender | | 46,319,171.95 |
| Lerman Senter P.L.L.C. 2000 K Street, N.W. Suite 600 Washington, DC 20006 | Howard A. Topel Lerman Senter P.L.L.C. 2000 K Street, N.W., Suite 600 Washington, DC 20006 (202) 416-1098 | Legal Fees | | 336,000.00 |
| Federal Communications Commission 445 12th Street, SW Washington, DC 20554 | William Lake Federal Communications Commission 445 12th Street, SW Washington, DC 20554 (202) 418-7200 | Regulatory Fee | | 34,650.00 |
| Hartford Fire Insurance Company One Hartford Plaza Hartford, CT 06115 | Account Manager Hartford Fire Insurance Company One Hartford Plaza Hartford, CT 06115 (866) 467-8730 | Insurance | | 8,167.00 |
| Seymour Tax Collector 1 First Street Seymour, CT 06483-2896 | Account Manager Seymour Tax Collector 1 First Street Seymour, CT 06483-2896 (203) 888-0517 | Property Taxes | | 2,437.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  MTB Bridgeport-NY Operating LLC                          Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 28:30, LLC<br>3330 Ocean Park Boulevard<br>Suite 201<br>Santa Monica, CA 90405 | Terry Crosby<br>28:30, LLC<br>3330 Ocean Park Boulevard, Suite 201<br>Santa Monica, CA 90405<br>(214) 754-7008 | Trade Debt | Contingent<br>Unliquidated | 2,000.00 |
| AT&T<br>250 S. Clinton - 4th Floor<br>Syracuse, NY 13202 | Account Manager<br>AT&T<br>250 S. Clinton - 4th Floor<br>Syracuse, NY 13202<br>(888) 944-0447 | Trade Debt | Contingent<br>Unliquidated | 2,000.00 |
| WorldLink Ventures, Inc.<br>6100 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90048 | Dan Casey<br>WorldLink Ventures, Inc.<br>6100 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90048<br>(323) 965-3002 | | Contingent<br>Unliquidated | 100.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MTB BRIDGEPORT-NY OPERATING LLC, *et al.*,[1] | Case No. 11-_____ (___) |
| Debtors. | |

## DECLARATION CONCERNING THE DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, Lee W. Shubert, LC, Managing Member - Trustee of MTB Bridgeport-NY Operating LLC, *et al.* (the "Debtors"), declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 20 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: August 26, 2011

*/s/ Lee W. Shubert*
Name: Lee W. Shubert, LC
Title: Managing Member - Trustee

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MTB Bridgeport-NY Operating LLC (0459); and (ii) MTB Bridgeport-NY Licensee (4381).

{895.001-W0016315.}

**United States Bankruptcy Court**
**District of Delaware**

In re  MTB Bridgeport-NY Operating LLC                        Case No. _____
                                      Debtor(s)               Chapter    11

## VERIFICATION OF CONSOLIDATED CREDITOR MATRIX

I, the Managing Member - Trustee of the corporation named as the debtor in this case, hereby verify that the attached consolidated list of creditors is true and correct to the best of my knowledge.

Date:   **August 26, 2011**

_____
Lee W. Shubert, LC/Managing Member - Trustee
Signer/Title

28:30, LLC
ATTN: TERRY CROSBY
3330 OCEAN PARK BOULEVARD
SUITE 201
SANTA MONICA, CA 90405

A ABLE ADVOCATE, INC.
ATTN: RALPH C. CROZIER
7 WAKELY STREET
SEYMOUR, CT 06483

ADELPHIA OF WESTERN CONNECTICUT INC.
ATTN: VINCE CARAMANELLO
80 GREAT HILL ROAD
SEYMOUR, CT 06483

AMY WHELAN
10 CHANDLER DRIVE
PROSPECT, CT 06712

ARTHUR LIU
27 WILLIAM STREET
11TH FLOOR
NEW YORK, NY 10005

ASCAP
ONE LINCOLN PLAZA
NEW YORK, NY 10023-7097

AT&T
250 S. CLINTON - 4TH FLOOR
SYRACUSE, NY 13202

BERNARD NATIONAL LOAN INVESTORS LTD.
AND FORTRESS VALUE RECOVERY FUND I LLC
C/O PETER LEIBMAN
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

BERNARD NATIONAL LOAN INVESTORS LTD.
C/O BERNARD CAPITAL FUNDING, LLC
ATTN: DAVID LEE
745 5TH AVENUE, 18TH FLOOR
NEW YORK, NY 10151

BMI TELEVISION
10 MUSIC SQUARE EAST
NASHVILLE, TN 37203-4399

CHRISTINA MENEZES
FORTRESS INVESTMENT GROUP, LLC
CREDIT FUNDS
1345 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NY 10105

COMCAST
ATTN: MICHAEL NISSENBLATT
80 GREAT HILL RD.
SEYMOUR, CT 06483

COMCAST
P.O. BOX 1577
NEWARK, NJ 07101-1577

COMCAST CABLE COMMUNICATIONS
ATTN: SHEILA SMITH
ONE COMCAST CENTER
PHILADELPHIA, PA 19103-2838

COMCAST CABLE COMMUNICATIONS
257 CHESTNUT STREET
NEWARK, NJ 07101-1577

CONNECTICUT LIGHT & POWER
P.O. BOX 150493
HARTFORD, CT 06115-0493

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND LP
ATTN: CHIRAG JARDOSH
745 FIFTH AVENUE
NEW YORK, NY 10151

DADDIOS ROUTE 8 CONTAINERS LLC
P.O. BOX 905
SEYMOUR, CT 06483

DAVID B. KURZWEIL, ESQUIRE
GREENBERG TRAURIG, LLP
THE FORUM
3290 NORTHSIDE PARKWAY, SUITE 400
ATLANTA, GA 30327

DIRECTV
P.O. BOX 60036
LOS ANGELES, CA 90060-0036

DIRECTV - BUSINESS SERVICE CENTER
ATTN: LARRY D. HUNTER
P.O. BOX 5392
MIAMI, FL 33152-5392

DRAWBRIDGE SPECIAL OPPORTUNITY FUND L.P.
ATTN: ROY CASTROMONTE
1345 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NY 10105

ELLIS COMMUNICATIONS KDOC, LLC
625 NORTH GRAND AVENUE
FLOOR 1
SANTA ANA, CA 92701-4347

FEDERAL COMMUNICATIONS COMMISSION
ATTN: WILLIAM LAKE
445 12TH STREET, SW
WASHINGTON, DC 20554

FEDERAL COMMUNICATIONS COMMISSION
ATTN: AUSTIN SCHLICK
445 12TH STREET, SW
WASHINGTON, DC 20554

FORTRESS INVESTMENT GROUP LLC
ATTN: PETER LEIBMAN
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

FORTRESS VALUE RECOVERY FUND I LLC
ATTN: PETER LEIBMAN
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

HARTFORD CASUALTY INSURANCE COMPANY
4040 VINCENNES CIRCLE
SUITE 100
INDIANAPOLIS, IN 46268

HARTFORD FIRE INSURANCE COMPANY
ONE HARTFORD PLAZA
HARTFORD, CT 06115

HARTFORD UNDERWRITERS INSURANCE COMPANY
ONE HARTFORD PLAZA
T 16 85
HARTFORD, CT 06155

HISCOX INSURANCE COMPANY
520 MADISON AVENUE
32ND FLOOR
NEW YORK, NY 10022

JOHN FRANCIS HILSON, ESQUIRE
PAUL HASTINGS LLP
515 SOUTH FLOWER STREET
TWENTY-FIFTH FLOOR
LOS ANGELES, CA 90071

JOHN T. GILL, III
10 MAPLE DRIVE
SANDY HOOK, CT 06482

KALIL & CO., INC.
6363 NORTH SWAN ROAD
SUITE 200
TUCSON, AZ 85718

KLAR & ASSOCIATES
2934 1/2 BEVERLY GLEN CIRCLE
SUITE 761
BEL AIR, CA 90077-1724

KURT SCHMIED
77 BALANCE ROCK RD.
APT. 8
SEYMOUR, CT 06483

LEE W. SHUBERT, LC, TRUSTEE
MULTICULTURAL CAPITAL TRUST
C/O 11077 SWANSFIELD ROAD
COLUMBIA, MD 21044-2724

LERMAN SENTER P.L.L.C.
ATTN: HOWARD A. TOPEL
2000 K STREET, N.W.
SUITE 600
WASHINGTON, DC 20006

MCEVER & TRIBBLE
232 CUMBERLAND PARKWAY
SUITE 202
ATLANTA, GA 30339

MONITOR CONTROLS, INC.
178-180 CENTER STREET
WALLINGFORD, CT 06492

MTB BRIDGEPORT-NY LICENSEE LLC
11077 SWANSFIELD ROAD
COLUMBIA, MD 21044-2724

MULTICULTURAL CAPITAL TRUST
27 WILLIAMS STREET
11TH FLOOR
NEW YORK, NY 10005

MULTICULTURAL CAPITAL TRUST
C/O 11077 SWANSFIELD RD.
COLUMBIA, MD 21044-2724

MULTICULTURAL TELEVISION BROADCASTING
ATTN: SEAN KIM, CFO
27 WILLIAM STREET
11TH FLOOR
NEW YORK, NY 10005

MY FAMILY TELEVISION, LLC
100 WEST MLK BOULEVARD
SUITE 402
CHATTANOOGA, TN 37402

NEW DAY MARKETING
923 OLIVE STREET
SANTA BARBARA, CA 93101

NRJ TV LLC
ATTN: TED B. BARTLEY
722 S. DENTON TAP ROAD
SUITE 130
COPPELL, TX 75019

PACIFIC MEDIA CAPITAL, LLC
ATTN: JAMES DOWNEY
100 WILSHIRE BOULEVARD
SUITE 1280
SANTA MONICA, CA 90401

PRO-KLEEN
PROFESSIONAL CLEANING SERVICE
P.O. BOX 295
ANSONIA, CT 06401

RETRO PROGRAMMING SERVICES INC.
100 WEST MLK BOULEVARD
SUITE 402
CHATTANOOGA, TN 37402

RONALD BARNES
PO BOX 564
MARION, CT 06444

SCIARRINO & SHUBERT, PLLC
MULTICULTURAL CAPITAL TRUST
C/O 11077 SWANSFIELD ROAD
COLUMBIA, MD 21044

SEYMOUR TAX COLLECTOR
1 FIRST STREET
SEYMOUR, CT 06483-2896

THE CINCINNATI INSURANCE COMPANY
6200 SOUTH GILMORE ROAD
FAIRFIELD, OH 45014-5141

THE HARTFORD
P.O. BOX 2907
HARTFORD, CT 06104-2907

TITAN BROADCAST MANAGEMENT, LLC
888 THIRD STREET, NW
SUITE 8
ATLANTA, GA 30318

TITAN BROADCAST MANAGEMENT, LLC
ATTN: MR. J. DANIEL SULLLIVAN
888 THIRD STREET, NW
ATLANTA, GA 30318

TITAN BROADCAST MANAGEMENT, LLC
ATTN: DAVID PULIDO
249 RIVER ROAD
ANDOVER, MA 01810

TITAN BROADCAST MANAGEMENT, LLC
ATTN: JAMES V. SANDRY
888 THIRD STREET, NW
ATLANTA, GA 30318

TRIVENI DIGITAL
40 WASHINGTON ROAD
PRINCETON JUNCTION, NJ 08550

TUFF TV, LLC
100 WEST MLK BOULEVARD
SUITE 402
CHATTANOOGA, TN 37402

WACHOVIA BANK - COLUMBIA MALL
10 CORPORATE CENTER
COLUMBIA, MD 21044

WACHOVIA BANK - COLUMBIA MALL
10 CORPORATE CENTER
10400 LITTLE PATUXENT PARKWAY
COLUMBIA, MD 21044

WELLS FARGO FOOTHILL, INC.
ATTN: SPECIALTY FINANCE MANAGER
2450 COLORADO AVENUE
SUITE 3000 WEST
SANTA MONICA, CA 90404

WHPX-TX
ATTN: DEBORAH REED-LLER
3 SHAWS COVE #226
NEW LONDON, CT 06320

WIDE ORBIT, INC.
ATTN: AMY LORENZEN
1160 BATTERY ST - SUITE 300
SAN FRANCISCO, CA 94111

WORLDLINK VENTURES, INC.
ATTN: DAN CASEY
6100 WILSHIRE BOULEVARD
SUITE 1400
LOS ANGELES, CA 90048