IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MTB BRIDGEPORT-NY OPERATING LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-12707 (KJC)<br><br>(Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 31, 2011 AT 2:00 P.M.[2]**

## FIRST DAY MATTERS GOING FORWARD:

1. Motion of the Debtors for an Order Directing Joint Administration of Related Chapter 11 Cases, filed on August 26, 2011 [Docket No. 3]

    Response Deadline: August 31, 2011 at 2:00 p.m.

    Responses Received: Informal comments have been received from the United States Trustee.

    Related Documents:

    A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

    Status: The Debtors intend to submit a revised form of order at the hearing.

2. Motion of the Debtors for an Order (A) Authorizing Debtors to Maintain Existing Cash Management System, Bank Account and Business Forms; and (B) Providing for Other Related Relief, filed on August 26, 2011[Docket No. 5]

    Response Deadline: August 31, 2011 at 2:00 p.m.

    Responses Received: Informal comments have been received from the United States Trustee.

    Related Documents:

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MTB Bridgeport-NY Operating LLC (0459) [Bankruptcy Case No. 11-12707 (KJC)]; and (ii) MTB Bridgeport-NY Licensee (4381) [Bankruptcy Case No. 11-12708 (KJC)]. The mailing address for the debtors is 11077 Swansfield Road, Columbia, Maryland 21044-2724.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall twenty-four hours prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

{895.002-W0016327.}

A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

Status: The Debtors intend to submit a revised form of order at the hearing.

3. Motion of the Debtors for an Order Authorizing the Payment of Prepetition Sales, Use and Other Taxes, filed on August 26, 2011 [Docket No. 6]

Response Deadline: August 31, 2011 at 2:00 p.m.

Responses Received: None

Related Documents:

A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

Status: No objections or comments have been received to date.

4. Motion of the Debtors for an Order Under Sections 105(a) and 507(a) of the Bankruptcy Code Authorizing Payment of Certain Prepetition Employee Obligations and Honoring of Prepetition Employee Policies and Benefits, filed on August 26, 2011 [Docket No. 7]

Response Deadline: August 31, 2011 at 2:00 p.m.

Responses Received: Informal comments have been received from the United States Trustee.

Related Documents:

A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

Status: The Debtors intend to submit a revised form of order at the hearing.

5. Motion of the Debtors for Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; (II) Deeming Utility Providers Adequately Assured of Future Performance; and (III) Establishing Procedures for Determining Adequate Assurance of Payment Pursuant to Sections 105 and 366 of the Bankruptcy Code and Local Rule 9013-1(m), filed on August 26, 2011 [Docket No. 8]

Response Deadline: August 31, 2011 at 2:00 p.m.

Responses Received: Informal comments have been received from the United States Trustee with regard to the proposed final order only.

Related Documents:

A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

Status: No objections or comments have been received to date as to the proposed interim order.

6. Motion of the Debtors for an Order Authorizing the Debtors to Continue Insurance Programs and Granting Related Relief, filed on August 26, 2011 [Docket No. 9]

Response Deadline: August 31, 2011 at 2:00 p.m.

Responses Received: None

Related Documents:

A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

Status: No objections or comments have been received to date.

7. Motion of the Debtors for Order Authorizing the Payment of Certain Prepetition Claims of Critical Vendors in the Ordinary Course of Business, filed on August 26, 2011 [Docket No. 10]

Response Deadline: August 31, 2011 at 2:00 p.m.

Responses Received: Informal comments have been received from the United States Trustee.

Related Documents:

A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

Status: The Debtors intend to submit a revised form of order at the hearing.

8. Motion of Debtors and Debtors in Possession for Interim and Final Orders (I) Authorizing Post-Petition Secured Financing Pursuant to Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 503(b) of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362 and 363 of the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code; (V) Providing Related Relief and (VI) Scheduling a Final Hearing, filed on August 26, 2011 [Docket No. 11]

Response Deadline: August 31, 2011 at 2:00 p.m.

Responses Received: None

Related Documents:

A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

Status: No objections or comments have been received to date.

**MATTERS FOR SCHEDULING:**

9. Motion of the Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, filed on August 26, 2011 [Docket No. 12]

   Related Documents:

   A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

10. Motion of the Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief, filed on August 26, 2011 [Docket No. 13]

    Related Documents:

    A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

11. Application for an Order Authorizing the Employment and Retention of Kalil & Co., Inc. as Broker to the Debtors *Nunc Pro Tunc* to the Petition Date, filed on August 26, 2011 [Docket No. 14]

    Related Documents:

    A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

12. Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as their Counsel, *Nunc Pro Tunc* to the Petition Date, Pursuant to Section 327(a) of the Bankruptcy Code, filed on August 26, 2011 [Docket No. 15]

    Related Documents:

    A. Declaration of Lee W. Shubert in Support of Debtors' Chapter 11 Petitions and First Day Pleadings, filed on August 26, 2011 [Docket No. 4]

Dated: August 29, 2011  **LANDIS RATH & COBB LLP**
Wilmington, Delaware

/s/ Mark D. Olivere
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email: chipman@lrclaw.com
       olivere@lrclaw.com
       ellis@lrclaw.com

*Proposed Counsel to Debtors and Debtors-in-Possession*