# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MTB Bridgeport-NY Operating LLC | | |
| **Case Number:** | 11-12707-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 31, 2011 02:00 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | AL LUGANO | | |

## Matter:

First Day Motions

**R / M #:**   0 / 0

## Appearances:

See Sign in Sheet

## Proceedings:

Agenda Item
#1, 2, 3, 4 - Orders Signed
#5 - Order Due
#6, 7 and 8 - Orders Signed
#9, 10, 11, 12 - Scheduled for 10/4/11