IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MTB BRIDGEPORT-NY OPERATING LLC, et al.,[1] | Case No. 11-12707 (KJC) (Jointly Administered) |
| Debtors. | Hearing Date: October 4, 2011 at 2:00 p.m. (ET)<br>Objection Deadline: September 27, 2011 at 4:00 p.m. (ET) |
| | Ref. Nos. 13 |

## NOTICE OF SALE PROCEDURES HEARING WITH RESPECT TO SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS PURSUANT TO SECTIONS 363 AND 365 OF THE BANKRUPTCY CODE

TO: The United States Trustee; Counsel to NRJ TV LLC; the Debtors' eight (8) largest unsecured creditors, as identified in their Chapter 11 Petitions; the Office of the United States Attorney General for the District of Delaware; the Internal Revenue Service; the Securities and Exchange Commission; the Federal Communication Commission; the Prepetition Second Lien Lenders; the Stalking Horse Bidder; Taxing Authorities; State/Local Environmental Agencies; and any party requesting notice pursuant to Bankruptcy Rule 2002; all contract parties; all Attorneys General where the Debtor conducts business; and all known potential bidders

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On August 26, 2011, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the **Motion of the Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief** [Docket No. 13] (the "Sale Motion")[2], a copy of which is attached hereto as Exhibit 1.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MTB Bridgeport-NY Operating LLC (0459) [Bankruptcy Case No. 11-12707 (KJC)]; and (ii) MTB Bridgeport-NY Licensee LLC (4381) [Bankruptcy Case No. 11-12708 (KJC)]. The mailing address for the debtors is 11077 Swansfield Road, Columbia, Maryland 21044-2724.

[2] Capitalized terms not otherwise defined herein shall have the same meanings as ascribed to them in the Sale Motion.

2. Pursuant to the Sale Motion, the Debtors seek, *inter alia*, authority to sell substantially all of their assets and to assume and assign certain executory contracts and unexpired leases to the Successful Bidder or NRJ TV LLC pursuant to the Bid Procedures set forth in the Sale Motion. The Sale Motion, among other things, also seeks the entry of an order approving certain Bid Procedures. A copy of the proposed Bid Procedures Order is attached to the Sale Motion as Exhibit A.

3. The hearing to consider approval of the Bid Procedures (the "Bid Procedures Hearing") will be held before the Honorable Kevin J. Carey, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on October 4, 2011 at 2:00 p.m. (prevailing Eastern Time), or at such other time thereafter as counsel may be heard.

4. Objections, if any, to the Bid Procedures must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 27, 2011 at 4:00 p.m. (prevailing Eastern Time)** and be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) the Debtors, MTB Bridgeport-NY Operating LLC, c/o 11077 Swansfield Road, Columbia, Howard County, Maryland 21044-2724 (Attn: Lee W. Shubert, LC, Trustee); (ii) proposed counsel to the Debtors, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire and J. Landon Ellis, Esquire); (iii) counsel to NRJ TV LLC, Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Scott D. Cousins, Esq.); and David B. Kurzweil, Esq., Greenberg Traurig LLP, 3290 Northside Parkway, Suite 400, Atlanta, Georgia 30327; (iv) counsel to any Official Committee of Unsecured Creditors appointed in these cases; and (v) Juliet Sarkessian, the Office of the United States Trustee for the District of Delaware, 844 North King Street, Room 2207, Wilmington, Delaware 19801.

5. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

6. All requests for information concerning the Bid Procedures should be in writing and directed to proposed counsel to the Debtors, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire and J. Landon Ellis, Esquire).

Dated: September 2, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: chipman@lrclaw.com
olivere@lrclaw.com
ellis@lrclaw.com

*Proposed Counsel to Debtors and Debtors-in-Possession*