IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MTB BRIDGEPORT-NY OPERATING LLC, *et al.,*[1] | Case No. 11-12707 (KJC) |
| | (Jointly Administered) |
| Debtors. | |

## SCHEDULES OF ASSETS AND LIABILITIES
## AND STATEMENTS OF FINANCIAL AFFAIRS

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
## METHODOLOGY, AND DISCLAIMER REGARDING
## DEBTORS' SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (the **"Schedules"**) and Statements of Financial Affairs (the **"SOFAs"** and together with the Schedules, the **"Bankruptcy Schedules"**) of MTB Bridgeport-NY Operating LLC (**"MTB Operating"**) and MTB Bridgeport-NY Licensee LLC (**"MTB Licensee"**, together with MTB Operating, the **"Debtors"** or the **"Company"**) have been prepared pursuant to section 521 of title 11 of the United States Code (the **"Bankruptcy Code"**) and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors and are unaudited. The information provided herein, except as otherwise noted, is as of the close of business on the eve of August 26, 2011 (the **"Petition Date"**). While the Debtors' management has made every reasonable effort to ensure that the Bankruptcy Schedules are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to financial data and other information contained in the Bankruptcy Schedules and inadvertent errors or omissions may exist. Moreover, because the Bankruptcy Schedules contain unaudited information which is subject to further review and potential adjustment, there can be no assurance that these Bankruptcy Schedules are complete or accurate. These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the **"Global Notes"**) comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.

On May 11, 2011, the Multicultural Capital Trust (the **"Trust"**) acquired the equity interests directly in MTB Operating, and indirectly in MTB Licensee, which owns the assets of the WSAH (DTV Channel 42), Bridgeport, Connecticut (FCC Facility ID No. 70493) (the **"Television Station"**). Effective May 11, 2011, Titan Broadcast Management LLC, a Delaware

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MTB Bridgeport-NY Operating LLC (0459) [Bankruptcy Case No. 11-12707 (KJC)]; and (ii) MTB Bridgeport-NY Licensee LLC (4381) [Bankruptcy Case No. 11-12708 (KJC)]. The mailing address for the debtors is 11077 Swansfield Road, Columbia, Maryland 21044-2724.

limited liability company (**"Titan"**) became the manager of the Television Station in compliance with section 4(k) of the Management Services Agreement dated November 16, 2009 between Multicultural Capital Trust and Titan Broadcast Management LLC. The Trust and Titan do not have access to the Debtors' books and records for the period prior to May 11, 2011. Therefore, the information contained in these Schedules and SOFA reflects information for the period starting May 11, 2011. Multicultural Television Broadcasting, LLC operated the Debtors prior to May 11, 2011 and has possession of the books and records for the period through that date.

1.      The Debtors reserve all rights to amend the Bankruptcy Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

2.      The preparation of the Bankruptcy Schedules requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities at the date of the Bankruptcy Schedules and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

3.      Some of the Debtors' scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Accordingly, the Bankruptcy Schedules do not accurately reflect the aggregate amount of the Debtors' liabilities.

4.      The Debtors have sought to allocate liabilities between the pre-petition and post-petition periods based on the information from research that was conducted in connection with the preparation of the Bankruptcy Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. The Debtors also reserve the right to change the attribution of liability from a particular Debtor to another to the extent additional information becomes available and amend the Bankruptcy Schedules without notice as applicable.

5.      Given the differences between the information requested in the Bankruptcy Schedules and the financial information utilized under generally accepted accounting principles in the United States (**"GAAP"**), the aggregate asset values and claim amounts set forth in the Bankruptcy Schedules do not reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

6.      The Debtors have excluded certain categories of assets and liabilities from the Bankruptcy Schedules, such as goodwill, deferred compensation, accrued salaries, employee benefit accruals, post-retirement benefits, deferred taxes and deferred gains. Other immaterial assets and liabilities also may have been excluded.

7.	It would be prohibitively expensive, unduly burdensome, and time-consuming to obtain current market valuations of the Debtors' property interests. Accordingly, to the extent any asset value is listed herein, unless otherwise indicated, net book values, rather than current market values, of the Debtors' interests in property are reflected on the applicable Bankruptcy Schedules. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value. Unless otherwise indicated, all asset amounts and claim amounts are listed as of the Petition Date.

8.	Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. The descriptions provided on Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Bankruptcy Schedules shall be deemed a modification or interpretation of the terms of such agreements.

9.	The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. To the best of the Debtors knowledge, any such counterparties should be listed on Schedule F.

10.	The Debtors have listed only the trustee or administrative agent, rather than individual or beneficial holders, of any bank facility or debt instrument described in the Bankruptcy Schedules.

11.	Pursuant to various orders issued by the Court, the Debtors were authorized to pay certain outstanding pre-petition claims, including, but not limited to: (i) employee compensation, benefits, reimbursable business expenses and related administrative costs; (ii) sales and use taxes; and (iii) claims of certain priority and critical vendors. Even though certain of these claims have been paid, such claims have been listed on the Bankruptcy Schedules in the aggregate amounts the Debtors believe were owed as of the Petition Date. To the extent such a claim is listed on the Bankruptcy Schedules, the Debtors do not waive any right to amend the Bankruptcy Schedules to reflect that such claim has been paid or subsequently object to such claims.

12.	In the ordinary course of their businesses, the Debtors apply credits against amounts otherwise due to vendors. These credits arise because, among other matters, materials ordered and paid for may not be delivered, materials delivered are damaged or unusable, and vendors provide volume rebates and cash discounts. Certain of these credits are subject to change. Vendor claims are listed at the amounts entered on the Debtors' books and

records, which may reflect creditors or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits and allowances.

13.     In connection with their business operations, the Debtors engage in certain intercompany transactions with each other. The amounts set forth herein represent the amounts owed to or payable by each Debtor.

14.     For purposes of the Schedules, the Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable. No claims have been scheduled for a Debtor that may have benefited directly or indirectly from a contractual relationship to which the Debtor was not a party.

15.     While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. However, each Debtor reserves the right to assert that such agreements constitute executory contracts.

16.     Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

17.     To the extent a co-debtor is listed on any schedule other than Schedule H, such information may not be repeated on Schedule H.

18.     The Debtors reserve all of their rights with respect to causes of action they may have, and neither these Global Notes nor the Bankruptcy Schedules shall be deemed a waiver of any such causes of action.    Furthermore, nothing contained in the Bankruptcy Schedules shall constitute a waiver of rights with respect to these Chapter 11 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

19.     In the circumstances where the Bankruptcy Schedules require information regarding insiders and/or officers and directors, included herein are each Debtor's (a) directors (or persons in similar positions) and (b) employees.    The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved.    Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

20.     For purposes of SOFA question 3, certain payments to insiders in the 90 days prior to the Petition Date in response to question 3(b), are also included in the payments listed in response to question 3(c).

21.     For purposes of SOFA question 3, outstanding amounts owed to such recipients of payments are listed in the Schedules.

22.     For purposes of SOFA question 9, all payments made on behalf of each of the Debtors for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of these cases, were made through the Debtors' cash management system.    The costs of these services on behalf of each Debtor have not been expressly allocated to each Debtor.

23.     The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.    While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.    The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized.    In no event shall the Debtors or their agents, attorneys and financial advisors be liable or to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost

profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and financial advisors are advised of the possibility of such damages.

In re __**MTB Bridgeport-NY Operating LLC**_____ ,   Case No. ___**11-12707**_____

                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **MTB Bridgeport-NY Operating LLC**                         Case No.   **11-12707**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**Wachovia Bank - Columbia Mall**<br>**10 Corporate Center**<br>**Columbia, MD 21044** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Hartford Casualty Insurance Company**<br>**Package Policy - Property & General Liability and**<br>**Umbrella Policy**<br>**20 SBAPO3059**<br>**Expires January 1, 2012** | - | 0.00 |
| | | **Hartford Fire Insurance Company**<br>**Inland Marine Policy - Radio/TV Tower**<br>**20 UUMKN5893**<br>**Expires May 13, 2012** | - | 0.00 |
| | | | Sub-Total ><br>(Total of this page) | 0.00 |

  **3**   continuation sheets attached to the Schedule of Personal Property

In re   **MTB Bridgeport-NY Operating LLC**                      Case No.    **11-12707**

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Hiscox Insurance Company Professional Liability Policy USUUA2623422.11 Expires January 1, 2012** | - | 0.00 |
| | | **The Cincinnati Insurance Company D&O Liability Policy - Includes Trustee & Fiduciary Liability and Employee Benefits Coverage CP0002590 Expires July 1, 2012** | - | 0.00 |
| | | **Hartford Underwriters Insurance Company Workers' Compensation Policy 20WECZI5546 Expires January 1, 2012** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **MTB Bridgeport-NY Licensee LLC 11077 Swansfield Road Columbia, MD 21044-2724** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >         0.00
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **MTB Bridgeport-NY Operating LLC**                                     Case No.    **11-12707**

,

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Accounts Receivable Balance as of August 26, 2011**<br>**CKH Industries - $1,326.00**<br>**CMedia - $850.00**<br>**Direct Avenue - $1,185.75**<br>**E & M Media - $144.50**<br>**Icon Media Direct - $918.00**<br>**Icon Media - $85.00**<br>**KSL Media - $1,788.00**<br>**Media Stream - $255.00**<br>**Mercury Media - $2,703.00**<br>**Open Jar - $116.50**<br>**OpenJar Concepts - $1,157.27**<br>**Professional Media Group - $1,040.60**<br>**Proxi Market Solutions - $1,768.00**<br>**Revenue Frontier - $7,331.33**<br>**TK Media Direct - $20.00** | - | 20,689.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >      **20,689.00**

(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re      **MTB Bridgeport-NY Operating LLC**                                      Case No. ___11-12707___
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attached Exhibit A - Equipment/Inventory List** | - | 197,150.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | 197,150.00 |
| Total > | 217,839.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __MTB Bridgeport-NY Operating LLC__                                    Case No. __11-12707__
                              Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[ ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. | | | | December 20, 2006 | | | | | |
| NRJ TV LLC 722 South Denton Tap Road Suite 130 Coppell, TX 75019 | | N A | | First Lien Lenders | | | | | |
| | | | | VALUE       **Unknown** | | | | $73,853,831.21 | Unknown |
| ACCOUNT NO. | | | | December 20, 2006 | | | | | |
| Bernard National Loan Investors Ltd. Fortress Value Recovery Fund I LLC 1345 Avenue of the Americas 46th Floor New York, NY 10105 | | N A | | Second Lien Lenders | | | | | |
| | | | | VALUE       **Unknown** | | | | $46,319,171.95 | $46,319,171.95 |
| | | | | Total(s) (Use only on last page) | | | | $120,173,003.16 | $46,319,171.95 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | | | | |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (4/10)

In re **MTB Bridgeport-NY Operating LLC**                                Case No. ___11-12707___
_____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0** continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **MTB Bridgeport-NY Operating LLC**                              Case No. ___11-12707___
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **28:30, LLC**<br>**Attn: Terry Crosby**<br>**3330 Ocean Park Boulevard**<br>**Suite 201**<br>**Santa Monica, CA 90405** | - | | | X | X | | 2,000.00 |
| Account No. | | | Landlord | | | | |
| **A Able Advocate, Inc.**<br>**Attn: Ralph C. Crozier**<br>**7 Wakely Street**<br>**Seymour, CT 06483** | - | | | X | X | | 0.00 |
| Account No. | | | Trade Debt | | | | |
| **AT&T**<br>**250 S. Clinton - 4th Floor**<br>**Syracuse, NY 13202** | - | | | X | X | | 2,000.00 |
| Account No. | | | | | | | |
| **Comcast**<br>**Attn: Michael Nissenblatt**<br>**80 Great Hill Rd.**<br>**Seymour, CT 06483** | - | | | X | X | X | 0.00 |

| | | |
|---|---|---|
| __5__   continuation sheets attached | Subtotal<br>(Total of this page) | 4,000.00 |

In re   **MTB Bridgeport-NY Operating LLC**                   Case No.    **11-12707**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Landlord - Tower | | | | |
| Comcast Cable Communications<br>Attn: Sheila Smith<br>One Comcast Center<br>Philadelphia, PA 19103-2838 | - | | | X | X | | 0.00 |
| Account No. | | | Trade Debt | | | | |
| Connecticut Light & Power<br>P.O. Box 150493<br>Hartford, CT 06115-0493 | - | | | X | X | | 0.00 |
| Account No. | | | | | | | |
| D.B. Zwirn Special Opportunities Fund LP<br>Attn: Chirag Jardosh<br>745 Fifth Avenue<br>New York, NY 10151 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| DirecTV - Business Service Center<br>Attn: Larry D. Hunter<br>P.O. Box 5392<br>Miami, FL 33152-5392 | - | | | X | X | X | 0.00 |
| Account No. | | | Regulatory Fee | | | | |
| Federal Communications Commission<br>Attn: William Lake<br>445 12th Street, SW<br>Washington, DC 20554 | - | | | | | | 34,650.00 |

Sheet no.  **1**  of  **5**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **34,650.00**

In re   **MTB Bridgeport-NY Operating LLC** _____,   Case No. _____**11-12707**_____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Insurance | | | | |
| **Hartford Fire Insurance Company** **One Hartford Plaza** **Hartford, CT 06115** | - | | | | | | 8,167.00 |
| Account No. | | | | | | | |
| **Klar & Associates** **2934 1/2 Beverly Glen Circle** **Suite 761** **Bel Air, CA 90077-1724** | - | | | | | | 0.00 |
| Account No. | | | Legal Fees | | | | |
| **Lerman Senter P.L.L.C.** **Attn: Howard A. Topel** **2000 K Street, N.W.** **Suite 600** **Washington, DC 20006** | - | | | | | | 336,000.00 |
| Account No. | | | Trade Debt | | | | |
| **McEver & Tribble** **232 Cumberland Parkway** **Suite 202** **Atlanta, GA 30339** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Multicultural Television Broadcasting** **Attn: Sean Kim, CFO** **27 William Street** **11th Floor** **New York, NY 10005** | - | | | | | | 0.00 |

Sheet no. __**2**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

344,167.00

In re  **MTB Bridgeport-NY Operating LLC**                                    Case No. ___11-12707___
_____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| My Family Television, LLC 100 West MLK Boulevard Suite 402 Chattanooga, TN 37402 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| NRJ TV LLC Attn: Ted B. Bartley 722 S. Denton Tap Road Suite 130 Coppell, TX 75019 | - | | | | | X | | 0.00 |
| Account No. | | | | | | | | |
| Pacific Media Capital, LLC Attn: James Downey 100 Wilshire Boulevard Suite 1280 Santa Monica, CA 90401 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Pro-Kleen Professional Cleaning Service P.O. Box 295 Ansonia, CT 06401 | - | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | |
| Retro Programming Services Inc. 100 West MLK Boulevard Suite 402 Chattanooga, TN 37402 | - | | | | | | | 0.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

In re    **MTB Bridgeport-NY Operating LLC**                                    Case No.    **11-12707**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trustee | | | | |
| Sciarrino & Shubert, PLLC Multicultural Capital Trust c/o 11077 Swansfield Road Columbia, MD 21044 | - | | | | | | 0.00 |
| Account No. | | | Property Taxes | | | | |
| Seymour Tax Collector 1 First Street Seymour, CT 06483-2896 | - | | | | | | 2,437.00 |
| Account No. | | | Trade Debt | | | | |
| Titan Broadcast Management, LLC 888 Third Street, NW Suite 8 Atlanta, GA 30318 | - | | | | | | 0.00 |
| Account No. | | | Trade Debt | | | | |
| Triveni Digital 40 Washington Road Princeton Junction, NJ 08550 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Tuff TV, LLC 100 West MLK Boulevard Suite 402 Chattanooga, TN 37402 | - | | | | | | 0.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,437.00**

In re    **MTB Bridgeport-NY Operating LLC** _____,    Case No. ___11-12707___
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Wachovia Bank - Columbia Mall<br>10 Corporate Center<br>Columbia, MD 21044 | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| Wells Fargo Foothill, Inc.<br>Attn: Specialty Finance Manager<br>2450 Colorado Avenue<br>Suite 3000 West<br>Santa Monica, CA 90404 | - | | | | | | | 0.00 |
| **Account No.** | | | | Trade Debt | | | | |
| WHPX-TX<br>Attn: Deborah Reed-Iler<br>3 Shaws Cove #226<br>New London, CT 06320 | - | | | | | | | 0.00 |
| **Account No.** | | | | Trade Debt | | | | |
| Wide Orbit, Inc.<br>Attn: Amy Lorenzen<br>1160 Battery St - Suite 300<br>San Francisco, CA 94111 | - | | | | X | X | | 0.00 |
| **Account No.** | | | | | | | | |
| WorldLink Ventures, Inc.<br>Attn: Dan Casey<br>6100 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90048 | - | | | | X | X | | 100.00 |

| | | |
|---|---|---|
| Sheet no. _5_ of _5_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 100.00 |
| | Total<br>(Report on Summary of Schedules) | 385,354.00 |

In re   **MTB Bridgeport-NY Operating LLC**                                           Case No. ___**11-12707**___
                                                    ,
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **A Able Advocate, Inc.**<br>**449 Broadway**<br>**New York, NY 10013** | **Lease Between A Able Advocate, Inc. and Multicultural Television Broadcasting LLC for the Period October 1, 2010 through September 30, 2012 to provide certain utilities and janitorial services.** |
| **Adelphia of Western Connecticut, Inc.**<br>**80 Great Hill Road**<br>**Seymour, CT 06483** | **Revised Lease Addendum for Concrete Pad for Analog Transmitter High Voltage Power Supplies.** |
| **My Family Television, LLC**<br>**100 West MLK Boulevard**<br>**Suite 402**<br>**Chattanooga, TN 37402** | **Affiliation Agreement regarding WSAH-TV (DTV Channel 42) for the Period June 1, 2011 through May 31, 2014.** |
| **Retro Television, Inc.**<br>**a/k/a Retro Programming Services, Inc.**<br>**100 West MLK Boulevard**<br>**Suite 402**<br>**Chattanooga, TN 37402** | **Affiliation Agreement regarding WSAH-TV (DTV Channel 42) for the Period June 1, 2011 through May 31, 2014.** |
| **Tuff TV, LLC**<br>**100 West MLK Boulevard**<br>**Suite 402**<br>**Chattanooga, TN 37402** | **Affiliation Agreement regarding WSAH-TV (DTV Channel 42) for the Period June 1, 2011 through May 31, 2014.** |

**0**
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re __MTB Bridgeport-NY Operating LLC__       Case No. __11-12707__
_____
                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **MTB Bridgeport-NY Licensee LLC**<br>**11077 Swansfield Road**<br>**Columbia, MD 21044-2724** | |

__0__
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Delaware

In re   **MTB Bridgeport-NY Operating LLC**                      Case No.   **11-12707**

                                       Debtor                     Chapter            **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 217,839.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 120,173,003.16 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 385,354.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 217,839.00 | | |
| Total Liabilities | | | | 120,558,357.16 | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   __MTB Bridgeport-NY Operating LLC__                Case No.   __11-12707__
                                                 Debtor(s)                   Chapter     __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member - Trustee of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __9/9/2011__            Signature   _____

                                                  Lee W. Shubert, LC
                                             **Managing Member - Trustee**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# EXHIBIT A

| Description | LOCATION | PRECISE LOC | MFG | |
|---|---|---|---|---|
| (17) 6 1/8" Transmission Line Elbows | Transmitter | Tower | Myat | END OF LIFE |
| (2) 6 1/8" Transmission Line Reducers | Transmitter | Tower | Myat | END OF LIFE |
| (62) 6 1/8" Transmission Line Hangers | Transmitter | Tower | Myat | END OF LIFE |
| ~340' Dielectric 6 1/8" Transmission Line | Transmitter | Tower | Dielectric | |
| 340' pf Myat 6 1/8" Rigid Transmission Line | Transmitter | Tower | Myat | END OF LIFE |
| 360 Systems ImageServer 2000 | Transmitter | Rack D | 360 Systems | |
| 360 Systems ImageServer 2000 | Transmitter | Rack 1 | 360 Systems | |
| 360 Systems ImageServer 2000 | Transmitter | Rack D | 360 Systems | |
| 4 Drawer Metal File Cabinet | Office | Kurt's Office | Steelcase | |
| 5 Drawer Lateral Metal File Cabinet | Office | Ron's Office | Hon | |
| 5' Two Door Equipment Cabinet | Transmitter | Back Room | Steelcase | |
| 5lb CO2 Fire Extinguisher | Transmitter | MCR Room | | |
| 6 1/2' Metal Equipment Cabinet | Transmitter | Back Room | Zero Corp | |
| 6 1/2' Metal Equipment Cabinet | Transmitter | Back Room | Zero Corp | |
| 6 1/2' Metal Equipment Rack | Transmitter | Storage | Unknown | |
| 6 1/2' Metal Equipment Rack | Transmitter | Rack C | Zero Corp | |
| 6 1/2' Metal Equipment Rack | Transmitter | Rack D | Zero Corp | |
| 6 1/2' Metal Equipment Rack | Transmitter | Storage | Unknown | |
| 6' Metal Equipment Rack | Transmitter | Rack B | | |
| 6' Metal Equipment Rack | Transmitter | Rack A | | |
| Adrienne AEC-1 10x1 Switcher | Transmitter | Rack 4 | Adrienne | |
| Adrienne AEC-1 10x1 Switcher | Transmitter | Rack D | Adrienne | |
| AF Assoc Rackmounted Desk | Transmitter | MCR Room | Middle Atlantic | |
| AF Assoc. 8" Custom Rack Package | Transmitter | Rack 1 | Middle Atlantic | |
| AF Assoc. 8" Custom Rack Package | Transmitter | Rack 3 | Middle Atlantic | |
| AF Assoc. 8" Custom Rack Package | Transmitter | Rack 4 | Middle Atlantic | |
| AF Assoc. 8" Custom Rack Package | Transmitter | Rack 2 | Middle Atlantic | |
| Agile Omni Satellite Receiver | Transmitter / RETIRED | Storage | Standard | END OF LIFE |
| AVS-2410 Frame Synchronizer w/ stereo audio delay | Transmitter | Rack B | Digital Picture Systems | |
| AVS-2410 Frame Synchronizer w/ stereo audio delay | Transmitter | Storage | Digital Picture Systems | |
| AVS-2410 Frame Synchronizer w/ stereo audio delay | Transmitter | Rack 4 | Digital Picture Systems | |
| Belar TVM-1 Television Monitor | Transmitter | Rack B | Belar | END OF LIFE 2/2009 |
| Blackbox CAT5KVM Micro Extender | Transmitter | ATSC Encode Rack | BlackBox | UNUSED |
| Burk GSC3000 Command Relay | Transmitter | Rack A | Burk | |
| Burk GSC3000 Command Relay | Transmitter | Rack A | Burk | |
| Burk GSC3000 Command Relay | Transmitter | Rack A | Burk | |
| Burk GSC3000 Command Relay | Transmitter | Rack A | Burk | |
| Burk GSC3000 IO/16 Remote Control | Transmitter | Rack A | Burk | |
| Burk GSC3000 IO/16 Remote Control | Transmitter | Rack A | Burk | |
| Burk GSC3000 Wiring Interface | Transmitter | Rack A | Burk | |
| Burk GSC3000 Wiring Interface | Transmitter | Rack A | Burk | |

| DESCRIPTION | LOCATION | PRECISE LOC | MFG | |
|---|---|---|---|---|
| Burk GSC3000 Wiring Interface | Transmitter | Rack A | Burk | |
| Burk GSC3000 Wiring Interface | Transmitter | Rack A | Burk | |
| Burst LG-4 Logo Inserter | Transmitter | Rack D | Burst | UNUSED |
| Chryon Codi EAS Character Generator | Transmitter | Rack B | Chyron | UNUSED |
| Crown D-75 Amplifier | Transmitter | Rack A | Crown | |
| Current Technology generation II DPA series Power sifter | Transmitter | Electrical Panelboard | Current Technologies | |
| D-Link DKVM4K KVM Switch | Transmitter | ATSC Encode Rack | D-Link | |
| Dielectric dual NTSC/ATSC Antenna | Transmitter | Tower | Dielectric | NTSC HALF UNUSED |
| DPS-235 Time Base Corrector | Sino TV | DVD "SVHS 3" | Digital Picture Systems | |
| DPS-235 Time Base Corrector | Transmitter | Rack 1 | Digital Picture Systems | |
| Dual Head Emergency Light | Transmitter | Back Room | | END OF LIFE |
| Dual Head Emergency Light | Transmitter | MCR Room | | END OF LIFE |
| Dual Head Nitrogen Regulator | Transmitter | Back Room | Various | |
| Electro-Voice Sentry 100A Speaker | Transmitter | Rack A | Electro Voice | |
| ESE-185U GPS Master Clock | Transmitter | Rack D | ESE | |
| Evertz 8084D Closed Caption / TSID Generator | Transmitter | Rack B | Evertz | UNUSED |
| Evertz AN9725LG | Transmitter | Rack C | Evertz | |
| Fostex 6301B Audio Monitor | Transmitter | Rack D | Fostex | UNUSED |
| Fostex 6301B Audio Monitor | Transmitter | Rack D | Fostex | UNUSED |
| Gentner GSC-3000 Command Relay Unit | Transmitter | Rack A | Burk | |
| Gentner GSC-3000 I/O 16 Transmitter Remote Control | Transmitter | Rack A | Burk | |
| Gentner GSC-3000 Wiring Interface | Transmitter | Rack A | Burk | |
| Gentner GSC-3000 Wiring Interface | Transmitter | Rack A | Burk | |
| Gentner Temperature Sensor Unit | Transmitter | Workshop | Burk | UNUSED |
| Gentner Voice Interface | Transmitter | Rack A | Burk | |
| Gentner VRC-1000 Fail-Safe Unit | Transmitter / RETIRED | Storage | Gentner | UNUSED |
| Grass Valley Ten-x 10 x 1 Switcher | Transmitter | Storage | Grass Valley Group | UNUSED |
| Harmonic MV-100 ATSC Encoder | Transmitter | ATSC Encode Rack | Harmonic / Divicom | |
| Harmonic MV-45 ATSC Encoder | Transmitter | ATSC Encode Rack | Harmonic / Divicom | |
| Harris DDM520 ATSC Demodulator | Transmitter | ATSC Encode Rack | Harris / Videotek | |
| Hewlett Packard 5385A Frequency Counter | Transmitter | Storage | Hewlett Packard | TEST EQUIPMENT |
| Hewlett Packard DJ842 Inkjet Printer | Transmitter | Rack B | Hewlett Packard | |
| Ikegami PM-509 5" Rackmount Black and White Monitor | Transmitter | Rack 2 | Ikegami | END OF LIFE |
| Ikegami PM-509 5" Rackmount Black and White Monitor | Transmitter | Rack 2 | Ikegami | END OF LIFE |
| Ikegami PM-509 5" Rackmount Black and White Monitor | Transmitter | Rack 2 | Ikegami | END OF LIFE |
| Ikegami PM-509 5" Rackmount Black and White Monitor | Transmitter | Rack 2 | Ikegami | END OF LIFE |
| Ikegami PM-509 5" Rackmount Black and White Monitor | Transmitter | Rack 2 | Ikegami | END OF LIFE |
| Ikegami PM-509 5" Rackmount Black and White Monitor | Transmitter | Rack 2 | Ikegami | END OF LIFE |
| Ikegami PM-509 5" Rackmount Black and White Monitor | Transmitter | Rack 2 | Ikegami | END OF LIFE |
| Ikegami PM-509 5" Rackmount Black and White Monitor | Transmitter | Rack 2 | Ikegami | END OF LIFE |
| Ikegami PM-509 5" Rackmount Black and White Monitor | Transmitter | Rack 2 | Ikegami | END OF LIFE |

| Description | LOCATION | PRECISE LOC | MFG | |
|---|---|---|---|---|
| IO Gear Miniview Ultra 8 Port PS2 KVM Switch | Transmitter | Storage | IO Gear | |
| IO Gear Miniview Ultra 8 Port PS2 KVM Switch | Transmitter | Rack D | IO Gear | |
| Leitch 684PS Backup Power Supply for FR-684 | Transmitter | Rack 2 | Leitch | |
| Leitch 684PS Backup Power Supply for FR-684 | Transmitter | Rack 1 | Leitch | |
| Leitch 884PS Backup Power Supply for FR-884 | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch ASD-880 Stereo Audio Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch CTG-240N Calibration Test Generator | Transmitter / RETIRED | Storage | Leitch | END OF LIFE |
| Leitch FR-684 Video Distribution Amplifier Frame w/ 684PS Power Supply | Transmitter | Rack 1 | Leitch | |
| Leitch FR-884 Audio Distribution Amplifer Frame w/ 884PS Power Supply | Transmitter | Rack 1 | Leitch | |
| Leitch VEA-682 Equalizing Video Distribution Amplifier | Transmitter | Storage | Leitch | |
| Leitch VEA-682 Equalizing Video Distribution Amplifier | Transmitter | Storage | Leitch | |
| Leitch VEA-682 Equalizing Video Distribution Amplifier | Transmitter | Storage | Leitch | |
| Leitch VEA-682 Equalizing Video Distribution Amplifier | Transmitter | Storage | Leitch | |
| Leitch VEA-682 Equalizing Video Distribution Amplifier | Transmitter | Storage | Leitch | |
| Leitch VEA-682 Equalizing Video Distribution Amplifier | Transmitter | Storage | Leitch | |
| Leitch VEA-682 Equalizing Video Distribution Amplifier | Transmitter | Storage | Leitch | |
| Leitch VEA-682 Equalizing Video Distribution Amplifier | Transmitter | Storage | Leitch | |
| Leitch VEA-682 Equalizing Video Distribution Amplifier | Transmitter | Storage | Leitch | |
| Leitch VEA-683 Equalizing Video Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch VEA-683 Equalizing Video Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch VEA-683 Equalizing Video Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch VEA-683 Equalizing Video Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch VEA-683 Equalizing Video Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch VEA-683 Equalizing Video Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch VEA-683 Equalizing Video Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch VEA-683 Equalizing Video Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch VEA-683 Equalizing Video Distribution Amplifier | Transmitter | Rack 1 | Leitch | |
| Leitch VEA-683 Equalizing Video Distribution Amplifier | Transmitter | Rack 1 | Leitch | |

| Description | LOCATION | PRECISE LOC | MFG | |
|---|---|---|---|---|
| Leitch X-16XVA2-2AC 16 x 1 A/V Router w/ local panel | Transmitter | Rack 2 | Leitch | |
| Leitch XPR-12VA2-CP 12 x 1 A/V Router w/ local panel | Transmitter | Rack 1 | Leitch | |
| Leitch XPR-12VA2-CP 12 x 1 A/V Router w/ local panel | Transmitter | Rack 4 | Leitch | |
| Lennox L-5A909C-1Y Air Conditioner Unit | Transmitter | Outdoor Pad | Lennox | |
| Logic Innovations TSM-2800 ATSC Multiplexer | Transmitter | ATSC Encode Rack | Logic Innovations | |
| Matco MA-130 DTMF Decoder | Transmitter / RETIRED | Storage | Matco | END OF LIFE |
| McCurdy SA-14023A audio level meter | Transmitter | Rack A | McCurdy | |
| Middle Atlantic Rack Mount Keyboard & Trackball | Transmitter | ATSC Encode Rack | Middle Atlantic | |
| Motorola UDS V.3400 Modem | Transmitter / RETIRED | Storage | Motorola | END OF LIFE |
| Nobrand Pentium Computer | Transmitter | Rack B | Various | END OF LIFE |
| Nobrand Pentium Computer | Transmitter | ATSC Encode Rack | Various | |
| Panasonic AJ-D450 DVCPRO Studio VTR | Transmitter | Rack 1 | Panasonic | |
| Panasonic BT-LH1700WP HDTV LCD Monitor | Transmitter | Rack D | Panasonic | |
| Pesa Ocelot 8x8 Routing Switcher | Transmitter | Rack C | Pesa | |
| Phase 3 LM-2 Level Matcher | Transmitter | Rack 1 | Phase 3 | |
| Raritan CS-4 4 Port KVM Switch | Transmitter | Rack 3 | Raritan | |
| Sage Digital ENDEC EAS | Transmitter | Rack B | Sage | |
| Sharp LC-20SH20U 20" LCD Television | Transmitter | Rack A | Sharp | |
| Sony J-10 Betacam Player | Transmitter | Rack C | Sony | |
| Sony J-10 Betacam Player | Transmitter | Desk | Sony | |
| Sony J-10 Betacam Player | Transmitter | Rack 1 | Sony | |
| Sony LMD-2030W 20" LCD Monitor | Transmitter | Rack 2 | Sony | |
| Sony LMD-5320 Triple LCD Monitor | Transmitter | Rack D | Sony | |
| Sony LMD-5320 Triple LCD Monitor | Transmitter | Rack D | Sony | |
| Sony PBM-136 13 Inch Black & White Monitor | Transmitter | Storage | Sony | |
| Sony VO-9600 3/4 Inch Videocassette Recorder | Transmitter | Rack 1 | Sony | |
| Sony VO-9600 3/4 Inch Videocassette Recorder | Transmitter | Storage | Sony | UNUSED |
| Spectracom Ageless GPS Master Oscillator | Transmitter | ATSC Encode Rack | Spectracom | |
| Tektronics VITS-200 VITS Generator/Inserter w/ test signals | Transmitter | Rack B | Tektronix | |
| Tektronix 1700 Dual Rackmount | Transmitter | Rack A | Tektronix | |
| Tektronix 1740 Vectorscope/Waveform Monitor | Transmitter | Rack 2 | Tektronix | |
| Tektronix 1750A Waveform/Vector/SCH Monitor | Transmitter | Rack A | Tektronix | |
| Tektronix 528 Waveform Monitor | Transmitter / RETIRED | Storage | Tektronix | END OF LIFE |
| Tektronix APG-170A Sync Pulse Generator | Transmitter | Rack 2 | Tektronix | |
| Tektronix APG-170A Sync Pulse Generator | Transmitter | Rack 2 | Tektronix | |
| Tektronix ECO-170A Automatic Sync Changeover Switch | Transmitter | Rack 2 | Tektronix | |
| TFT EAS-930A EAS Reciever | Transmitter | Rack B | TFT | |
| Thales Paragon ATSC Transmitter | Transmitter | Back Room | Thales Broadcast | |
| Thales Thalesview Package | Transmitter | Rack B | Thales Broadcast | |
| Triveni Guidebuilder | Transmitter | ATSC Encode Rack | Triveni | |
| Triveni RM-40 Streamscope | Transmitter | ATSC Encode Rack | Triveni | |

| DESCRIPTION | LOCATION | PRECISE LOC | MFG | |
|---|---|---|---|---|
| Videotek TSM-60 Waveform Monitor | Transmitter | Test Rack | Videotek | END OF LIFE |
| Videotek TVM-710 NTSC Video Analyzer | Transmitter | Storage | Videotek | END OF LIFE |
| Videotek VSM-60 Vectorscope | Transmitter | Test Rack | Videotek | END OF LIFE |
| Wegner Unity4000 Digital Satellite Receiver | Transmitter / RETIRED | Storage | Wegner | END OF LIFE |
| Welbilt Mini-Refrigerator | Transmitter | MCR Room | Welbilt | |
| Westinghouse 200 amp safety switch | Transmitter | Electrical Panelboard | Westinghouse | END OF LIFE 2/2009 |
| Westinghouse 200 amp safety switch | Transmitter | Electrical Panelboard | Westinghouse | END OF LIFE 2/2009 |
| Wohler AMP-2A 2 RU Stereo Audio Monitor | Transmitter | Rack 3 | Wohler | |
| Wohler Amp-2A-2S Amplifier | Transmitter | ATSC Encode Rack | Wohler | |