**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

IN THE MATTER OF: Chapter 11

MTB Bridgeport-NY Operating LLC, et al,

    Debtors.     Case Nos. 11-12707 and 11-12708 (KJC)

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

    As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  ) Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

( X ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(  ) Insufficient response to the United States Trustee communication/contact for service on the committee.

(  ) No unsecured creditor interest

(  ) Non-operating debtor-in-possession - - No creditor interest.

(  ) Application to convert to Chapter 7 or to dismiss pending.

(  ) Converted or dismissed.

(  ) Other:

                                            **ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE**

                                            /s/ Juliet Sarkessian, for
                                            T. PATRICK TINKER
                                            Acting Assistant United States Trustee

DATED: October 5, 2011

Trial Attorney Assigned to Case: Juliet Sarkessian
cc: Attorneys for Debtors: