**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| MTB BRIDGEPORT-NY OPERATING LLC, *et al.*,[1] | Case No. 11-12707 (KJC) |
| | (Jointly Administered) |
| Debtors. | **Ref. No. 104** |

**NOTICE OF FILING OF CERTIFICATION OF PUBLICATION OF THE NEW YORK TIMES WTH RESPECT TO NOTICE OF BID DEADLINE, AUCTION, AND SALE HEARING IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

Dated: October 17, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: chipman@lrclaw.com
olivere@lrclaw.com
ellis@lrclaw.com

*Counsel to Debtors and Debtors-in-Possession*

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MTB Bridgeport-NY Operating LLC (0459) [Bankruptcy Case No. 11-12707 (KJC)]; and (ii) MTB Bridgeport-NY Licensee LLC (4381) [Bankruptcy Case No. 11-12708 (KJC)]. The mailing address for the debtors is 11077 Swansfield Road, Columbia, Maryland 21044-2724.

**The New York Times**

620 8TH AVENUE • NEW YORK, NY 10018

SEC B PG. 8

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: MTB BRIDGEPORT-NY OPERATING LLC, *et al.*,[1] Debtors. ) Chapter 11 ) Case No. 11-12707 (KJC) ) (Jointly Administered)

**NOTICE OF BID DEADLINE, AUCTION, AND SALE HEARING IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

NOTICE IS HEREBY GIVEN as follows:

1. On August 26, 2011, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed a motion seeking approval of, among other things, (a) bid procedures (the "Bid Procedures") and bid protections in connection with the sale (the "Sale") of substantially all of the Debtors' assets (the "Acquired Assets"), (b) procedures to determine cure amounts and deadlines for objections to certain contracts and leases to be assumed and assigned by the Debtors, (c) the date, time, and place for a sale hearing (the "Sale Hearing") and for objections to the Sale, and (d) related relief (the "Bid Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). By order dated October 4, 2011, the Bankruptcy Court approved the Bid Procedures and the Bid Procedures Motion [Docket No. 96] (the "Bid Procedures Order").[2]

2. The Debtors prepared a form of asset purchase agreement (the "Agreement") with NRJ TV NY Opco LLC and NRJ TV License Co. LLC (collectively, the "Stalking Horse Bidder") for the sale of the Acquired Assets free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options, and interests thereon to the maximum extent permitted by Section 363 of the Bankruptcy Code, but as set forth in the Bid Procedures, the sale of the Acquired Assets remains subject to competing offers from any prospective bidder that submits a Qualified Bid.

3. All interested parties are invited to submit a Qualified Bid and to make offers to purchase the Acquired Assets in accordance with the terms of the Bid Procedures and the Bid Procedures Order. The Bid Deadline is **November 7, 2011, at 5:00 p.m.** (Prevailing Eastern Time). Requests for any other information concerning the Bid Procedures or the Sale should be directed by written request to the undersigned Debtors' counsel.

4. Pursuant to the Bid Procedures Order, in the event the Debtors receive one or more Qualified Bids in addition to the bid of the Stalking Horse Bidder on or before the Bid Deadline, the Debtors shall conduct the Auction for the purpose of determining the highest and best bid for the Acquired Assets. Only (i) the Debtors and their counsel, (ii) the Stalking Horse Bidder, (iii) Fortress, (iv) other Qualified Bidders, (v) any creditor of the Debtors that has provided written notice to the Debtors' counsel at least five (5) business days in advance of the Auction of his, her or its intent to attend the Auction, and (vi) representatives of the Office of the U.S. Trustee, shall be permitted to attend the Auction and only the Stalking Horse Bidder, Fortress and other Qualified Bidders may be entitled to make any subsequent Qualified Bids at the Auction. The Auction will be held at the offices of Landis Rath & Cobb LLP, 919 N. Market Street, Suite 1800, Wilmington, Delaware, 19899, on **November 15, 2011, at 10:00 a.m.** (Prevailing Eastern Time), or at such other place and time as the Debtors shall notify all parties that submitted Qualified Bids, or that are otherwise entitled to attend the Auction.

5. At the Sale Hearing on **November 16, 2011, at 3:30 p.m.** (Prevailing Eastern Time) or such other time as the Bankruptcy Court shall determine, the Debtors intend to seek the Bankruptcy Court's approval of the sale of the Acquired Assets and the assumption and assignment of certain unexpired leases and executory contracts (collectively, the "Assumed and Assigned Agreements") to the Stalking Horse Bidder pursuant to the terms of the Agreement, or to the Successful Bidder at the Auction. In determining the Successful Bidder, in addition to the amount of cash of cash equivalent consideration offered, the Debtors will consider, among other factors, the assumption of liabilities contemplated by each Qualified Bid. The Sale Hearing will be held before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware, 19801.

6. At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of these Chapter 11 cases. Objections, if any, to the Sale of the Acquired Assets or the assumption and assignment of the Assumed and Assigned Agreements pursuant to the terms of the agreement reached between the Debtors and the Stalking Horse Bidder or the Successful Bidder, as the case may be, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the District of Delaware, shall set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against the Debtors' estate or properties, the basis for the objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court and be served upon: (a) counsel for the Debtors, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, P.O. Box 2087, Wilmington, Delaware 19899 (Attn: William E. Chipman, Jr., Esq.); (b) counsel to the Stalking Horse Bidder, Greenberg Traurig, LLP, The Forum, 3290 Northside Parkway, Suite 400, Atlanta, Georgia, 30327 (Attn: David B. Kurzweil, Esq.), and Greenberg Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, Delaware, 19801 (Attn: Scott D. Cousins, Esq.); (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Juliet Sarkessian, Esq.); and (d) counsel to Fortress, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Matthew B. Lunn, Esq.), not later than 5:00 p.m. (Prevailing Eastern Time) **so as to be received on or before November 1, 2011, at 5:00 p.m.** (Prevailing Eastern Time) (the "Objection Deadline").

Dated: October 5, 2011, Wilmington, Delaware

**LANDIS RATH & COBB LLP**, William E. Chipman, Jr. (No. 3818), Mark D. Olivere (No. 4291), J. Landon Ellis (No. 4852), 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Telephone: (302) 467-4400, Facsimile: (302) 467-4450, Email: chipman@lrclaw.com, olivere@lrclaw.com, ellis@lrclaw.com, *Counsel to Debtors and Debtors-in-Possession*

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MTB Bridgeport-NY Operating LLC (0459) [Bankruptcy Case No. 11-12707 (KJC)]; and (ii) MTB Bridgeport-NY Licensee LLC (4381) [Bankruptcy Case No. 11-12708 (KJC)]. The mailing address for the debtors is 11077 Swansfield Road, Columbia, Maryland 21044-2724.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

## CERTIFICATION OF PUBLICATION

OCT 10 2011 20 ____

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

OCT 10 2011 20 ____

Alice Weber

Approved: Maria Pannullo

**THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL**