# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MTB BRIDGEPORT-NY OPERATING LLC, et al.,[1] | ) Case No. 11-12707 KJC |
| | ) (Joint Administration Requested) |
| Debtors. | ) |
| | ) Hearing Date: November 16, 2011 at 3:30 p.m. (ET) |
| | ) Objection Deadline: November 1, 2011 at 4:00 p.m. (ET)[2] |
| | ) |
| | ) Related to Docket No. 13 |
| | ) |

## DECLARATION OF ROBERT J. FEINSTEIN IN SUPPORT OF OBJECTION TO DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF CERTAIN ASSETS OF DEBTORS OUTSIDE THE ORDINARY COURSE OF BUSINESS; (II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (III) AUTHORIZING THE ASSUMPTION, SALE, AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF [RE DOCKET NO. 13]

I, Robert J. Feinstein, make this Declaration pursuant to section 1746 of title 28 of the United States Code and hereby state:

1. I am a member of the firm of Pachulski Stang Ziehl & Jones, LLP, counsel to MTB Equity LLC and Multicultural Television Broadcasting (collectively, "MTBL") in the above-captioned chapter 11 proceedings. I make this Declaration in support of the opposition (the "Opposition") of MBTL to the motion of the debtors in the above-captioned chapter 11 cases (the "Debtors") *for Entry of Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are MTB Bridgeport-NY Operating LLC (0459) and MTB Bridgeport-NY Licensee LLC (4381).

[2] By agreement of the Debtors, MTBL's response deadline was extended to November 7, 2011 at 5:00 p.m. eastern.

*and Unexpired Leases; and (IV) Granting Related Relief.* If called as a witness, I would and could testify competently as to the matters contained herein.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the transcript of the deposition of Lee W. Shubert conducted on November 1, 2011.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the transcript of the deposition of NRJ TV LLC by Ted Bartley conducted on November 3, 2011.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy the transcript of the deposition of Kalil & Company (the "Kalil Dep.") by Frank J. Higney conducted on November 4, 2011.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of Exhibit 1 to the Kalil Dep.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy Exhibit 2 to the Kalil Dep.

EXECUTED this 9th day of November 2011

_____
Robert J. Feinstein