| | |
|---|---|
| In re: | Chapter 11 |
| MTB BRIDGEPORT-NY OPERATING LLC, *et al.,*[1] | Case No. 11-12707 (KJC) |
| | Jointly Administered |
| Debtors. | **Ref Docket Nos. 13, 143, 144, 145, 146, 147** |

## MOTION OF FORTRESS FOR LEAVE TO FILE LIMITED REPLY TO MTB EQUITY LLC AND MULTICULTURAL TELEVISION BROADCASTING LLC'S OBJECTION TO THE DEBTORS' SALE MOTION

Fortress Investment Group LLC (collectively, with its affiliates, as applicable, "Fortress"), hereby files this motion (the "Motion") for entry of an order, pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), granting Fortress leave and permission to file its limited reply (the "Limited Reply") to MTB Equity LLC and Multicultural Television Broadcasting LLC's (collectively, "MTBL") *Objection to Debtors' Motion for Entry of Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Re Docket No. 13]* [Docket No. 143] (collectively, with the *Declaration of Robert J. Feinstein* [Docket Nos. 144 & 145] and the *Declaration of Howard A. Topel* [Docket Nos. 146 & 147], the "Sale Objection"). By and through its undersigned counsel, and in support of the Motion, Fortress respectfully represents as follows:

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: MTB Bridgeport-NY Operating LLC (0459) and MTB Bridgeport-NY Licensee LLC (4381). The Debtors' mailing address is 11077 Swansfield Road, Columbia, Maryland 21044-2724.

1.      On August 26, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced the above-captioned bankruptcy cases (the "Bankruptcy Cases"). Concurrently with the commencement of the Bankruptcy Cases, the Debtors filed their *Motion of the Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Procedures Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 13] (the "Sale Motion").

2.      On November 9, 2011, MTBL filed the Sale Objection. The hearing to consider the Sale Motion and the Sale Objection is currently scheduled for November 16, 2011 (the "Sale Hearing").

3.      Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Since the hearing agenda for the Sale Hearing was due on Monday, November 14, 2011 at 12:00 noon (ET), and because Friday, November 11, 2011 was Veterans' Day, a Legal Holiday as defined in Federal Rule of Bankruptcy Procedure 9006(a)(6), pursuant to Local Rule 9006-1(d), the deadline to file a reply (the "Reply Deadline") was Thursday, November 10, 2011 at 4:00 p.m. (ET); just one day after the filing of the Sale Objection.

4. By this Motion, Fortress respectfully requests entry of any order granting Fortress leave and permission to file the Limited Reply, in the form attached as Exhibit 1 to the attached order, to clarify certain factual issues raised by MTBL in the Sale Objection and to assist the Court in its consideration of the sale of the Debtors' assets proposed through the Sale Motion.

WHEREFORE, Fortress respectfully requests the Court to enter an order, substantially in the form attached hereto as **Exhibit A**, allowing Fortress to file the Limited Reply in the form attached thereto as **Exhibit 1**, and granting Fortress such other and further relief as the Court deems just and proper.

Dated: November 15, 2011
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

___*/s/ Matthew B. Lunn*_____
Matthew B. Lunn (No. 4119)
Sharon M. Zieg (No. 4196)
Justin Duda (No. 5478)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

PAUL HASTINGS LLP
Joshua Hamilton
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071
Telephone: (213) 683-6186
Facsimile: (213) 996-3186

*Counsel to Fortress*

3