# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MTB BRIDGEPORT-NY OPERATING LLC, et al.,[1] | Case No. 11-12707 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 16, 2011 AT 2:00 P.M.[3]

**CONTESTED MATTERS:**

1. Motion of the Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief, filed on August 26, 2011 [Docket No. 13]

   Response Deadline: November 1, 2011 at 5:00 p.m. (the objection deadline was extended to November 9, 2011 at 4:00 p.m. (ET) for MTB Equity LLC and Multicultural Television Broadcasting LLC)

   Responses Received:

   A. Objection of MTB Equity LLC and Multicultural Television Broadcasting LLC to Debtors' Motion for Entry of Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief, filed on November 9, 2011 [Docket No. 143]

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) MTB Bridgeport-NY Operating LLC (0459) [Bankruptcy Case No. 11-12707 (KJC)]; and (ii) MTB Bridgeport-NY Licensee LLC (4381) [Bankruptcy Case No. 11-12708 (KJC)]. The mailing address for the debtors is 11077 Swansfield Road, Columbia, Maryland 21044-2724.

[2] Amended items appear in **bold**.

[3] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall twenty-four hours prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

B.   Declaration of Robert J. Feinstein in Support of Objection of MTB Equity LLC and Multicultural Television Broadcasting LLC to Debtors' Motion for Entry of Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief, filed on November 9, 2011 [Docket Nos. 144 and 145]

C.   Declaration of Howard A. Tope in Support of Objection of MTB Equity LLC and Multicultural Television Broadcasting LLC to Debtors' Motion for Entry of Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief, filed on November 9, 2011 [Docket Nos. 146 and 147]

D.   Informal comments from the Federal Communications Corporation

E.   Informal comments from the Office of the United States Trustee

F.   Response of NRJ TV LLC to Objection to Debtors' Motion for Entry of Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief, filed on November 14, 2011 [Docket No. 156]

G.   **Limited Reply of Fortress to MTB Equity LLC and Multicultural Television Broadcasting LLC's Objection to the Debtors' Sale Motion, filed on November 15, 2011 [Docket No. 165]**

Related Documents:

A.   Order (A) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (B) Approving Bid Protections; (C) Scheduling a Hearing to Consider the Sale; (D) Approving the Form and Manner of Notice of Sale by Auction; (E) Establishing Procedures for Noticing and Determining Cure Amounts; and (F) Granting Related Relief, entered on October 4, 2011 [Docket No. 96]

B.   Notice of Bid Deadline, Auction, and Sale Hearing in Connection with the Sale of Substantially All of Debtors' Assets, filed on October 6, 2011 [Docket No. 104]

C.   Affidavit of Service, filed on October 7, 2011 [Docket No. 107]

D.   Certificate of Service, filed on October 7, 2011 [Docket No. 109]

E. Notice of Debtors' Intent to Assume and Assign Certain Leases and Executory Contracts and Fixing of Cure Amounts, filed on October 11, 2011 [Docket No. 112]

F. Notice of Filing of Certification of Publication of the New York Times with Respect to Notice of Bid Deadline, Auction, and Sale Hearing in Connection with the Sale of Substantially All of Debtors' Assets, filed on October 17, 2011 [Docket No. 114]

G. Notice of Filing Disclosure Schedules in Connection with Motion of the Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (Vi) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief, filed on October 18, 2011 [Docket No. 115]

H. Affidavit of Service, filed on October 18, 2011 [Docket No. 116]

I. Affidavit of Service, filed on October 19, 2011 [Docket No. 117]

J. Certificate of Service, filed on October 21, 2011 [Docket No. 122]

K. Notice of Hearing Time Change, filed on November 4, 2011 [Docket No. 134]

L. Certificate of Service, filed on November 7, 2011 [Docket No. 137]

M. Declaration of Lee W. Shubert in Support of Sale Motion, filed on November 14, 2011 [Docket No. 152]

N. Declaration of Frank Higney in Support of Sale Motion, filed on November 14, 2011 [Docket No. 153]

O. Declaration of William E. Chipman, Jr., filed on November 14, 2011 [Docket No. 154]

Status: This matter will go forward.

## UNCONTESTED MATTER(S) GOING FORWARD:

2.  Debtors' Motion for Leave to File Debtors' Response to the Opposition of MTB Equity LLC and Multicultural Television Broadcasting LLC to Debtors' Sale Motion, filed on November 14, 2011 [Docket No. 151]

    Status: This matter will go forward.

Dated: November 16, 2011
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email:  chipman@lrclaw.com
olivere@lrclaw.com
ellis@lrclaw.com

*Counsel to Debtors and
Debtors-in-Possession*