# SIGN-IN-SHEET

CASE NAME: MTB Bridgeport-NY Operating LLC  COURTROOM LOCATION: 5
CASE NO.   11-12707-KJC  DATE: 11/16/11

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Hinker | GT | NRJ |
| David Kurweil | GT | NRJ |
| David Apple | Apple, Norris & Fink | NRJ |
| Robert Feinstein | Pachulski Stang Ziehl & Jones | MTB Equity LLC & Multicultural Television |
| Beth Levine | | Broadcasting LLC |
| Kathleen Makowski | | " |
| Deborah Klar | Deborah Klar & Associates | " |
| William Chipman | Landis Rath & Cobb | Debtors |
| Rebecca Butcher | " | " |
| Dan DeFranceschi | Richards Layton & Finger | Trustee |
| Matthew Cunn | Young Conaway | Fortress Value Recovery Fund I LLC |
| Juliet Sarkessian | US Trustee | |

# Court Conference

**Calendar Date:** 11/16/2011
**Calendar Time:** 02:00 PM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

2nd Revision 11/16/2011 08:18 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | MTB Bridgeport-NY Operating LLC | 11-12707 | Hearing | 4591553 | Edward M. Fox | (212) 536-4812 | K & L Gates | Interested Party, West Fair / LISTEN ONLY |
| | | MTB Bridgeport-NY Operating LLC | 11-12707 | Hearing | 4588490 | Joshua G Hamilton | (213) 683-6186 | Paul Hastings LLP | Creditor, Fortress Investment Group, LLC (NY Operating LLC) / LIVE |
| | | MTB Bridgeport-NY Operating LLC | 11-12707 | Hearing | 4591624 | Mark D. Olivere | (302) 467-4400 | Landis Rath & Cobb, LLP | Debtor, MTB Bridgeport-NY Operating LLC / LISTEN ONLY |
| | | MTB Bridgeport-NY Operating LLC | 11-12707 | Hearing | 4588485 | Sharon Zieg | 302-571-6655 | Young, Conaway Stargatt & Taylor, | Creditor, Fortress Investment Group, LLC (calling from Washington) / LIVE |